# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JEFFREY M. DENIS § Case No. 12-44853
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 07/11/2013 in Courtroom 680, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2013    By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u>   **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re:  JEFFREY M. DENIS      §  Case No. 12-44853
                              §           Hon. JACQUELINE P. COX
                              §           Chapter 7
                              §
       Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $3,000.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $3,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $750.00 | $0.00 | $750.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $10.72 | $0.00 | $10.72 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $760.72 |
| Remaining balance: | $2,239.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for               , Fees* | | | |
| *Attorney for               , Expenses* | | | |
| *Accountant for               , Fees* | | | |
| *Accountant for               , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,239.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| | Total to be paid for priority claims: | $0.00 |
| | Remaining balance: | $2,239.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $30,121.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC agent for Comenity Bank | $2,714.89 | $0.00 | $201.83 |
| 2 | QUANTUM3 GROUP LLC agent for Comenity Bank | $2,426.84 | $0.00 | $180.41 |
| 3 | QUANTUM3 GROUP LLC agent for Comenity Capital Bank | $2,257.32 | $0.00 | $167.81 |
| 4 | Wells Fargo Bank, NA | $7,564.57 | $0.00 | $562.36 |
| 5 | Capital One, NA | $1,561.10 | $0.00 | $116.05 |
| 6 | Capital Recovery V, LLC | $1,116.52 | $0.00 | $83.00 |
| 7 | Capital Recovery V, LLC | $2,543.71 | $0.00 | $189.10 |
| 8 | Capital Recovery V, LLC | $956.03 | $0.00 | $71.07 |
| 9 | Capital Recovery V, LLC | $5,465.94 | $0.00 | $406.34 |
| 10 | American InfoSource LP as agent | $118.73 | $0.00 | $8.83 |
| 11 | Portfolio Recovery Assoc., LLC successor to Capital One, NA | $2,017.11 | $0.00 | $149.95 |
| 12 | Portfolio Recovery Assoc., LLC successor to GE Capital Retail Bank | $1,379.11 | $0.00 | $102.53 |

|  |  |  |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $2,239.28 |
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-44853-JPC
Jeffrey M Denis                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 3              Date Rcvd: Jun 10, 2013
                               Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2013.
```
db          +Jeffrey M Denis,    6028 S Monitor Ave,    Chicago, IL 60638-4422
aty         +Derek V. Lofland,    Gleason & Gleason, LLC,    77 W. Washington,    Suite 1218,
              Chicago, IL 60602-3246
19683612    +American Home Mtg Srv,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,    Irving, TX 75063-0002
20457576    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
19683613    +Cap One,   Po Box 5253,    Carol Stream, IL 60197-5253
20414337     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19683614    +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
19683618    +Heavner Scott Beyers & Mihlar,    111 E Main St, #200,    Decatur, IL 62523-1204
19683621    +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
19683622    +Midwest Anesthesia Ltd.,    PO Box 1219,    Park Ridge, IL 60068-7219
19683623    +Newport News,    Po Box 182125,    Columbus, OH 43218-2125
19683624    +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
20483601   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     successor to CAPITAL ONE, N.A.,
               PO Box 41067,    Norfolk, VA 23541)
19683625    +Parkview Orthopaedic Group,    7600 West College Drive,    Palos Heights, IL 60463-1066
20372247     Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438
19683629    +Wf Fin Bank,    Attention: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
19683630    +Wfcb/hsn,    Wfnb,   Po Box 183043,    Columbus, OH 43218-3043
19683631    +Wffinancial,    Attention: Bankruptcy,    Po Box 29704,    Phoenix, AZ 85038-9704
19683632    +Wfnnb/value City Furn,    Attn: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20447344     E-mail/PDF: rmscedi@recoverycorp.com Jun 11 2013 02:21:04     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19683615    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:29:59     Gecrb/amazon,    Po Box 981400,
              El Paso, TX 79998-1400
19683616    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:19:44     Gecrb/qvc,    Po Box 965005,
              Orlando, FL 32896-5005
19683617    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:21:09     Gembppbycr,    Gemb/Attn: Bankruptcy,
              Po Box 103104,    Roswell, GA 30076-9104
19683619    +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 11 2013 02:05:47     Kohls/capone,    Po Box 3115,
              Milwaukee, WI 53201-3115
19683620    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:25:15     Lowes / MBGA / GEMB,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
19683626    +E-mail/Text: patti@peoplesenergycu.org Jun 11 2013 04:11:23     Peoples Energy,
              Attn: Bankruptcy Dept,    130 E Randolph,    Chicago, IL 60601-6302
20080739     E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2013 02:15:43
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20080818     E-mail/Text: bnc-quantum@quantum3group.com Jun 11 2013 02:15:43
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA  98083-0788
19683628     E-mail/Text: appebnmailbox@sprint.com Jun 11 2013 02:06:52     Sprint Nextel Correspondence,
              Attn Bankruptcy Dept,    PO Box 7949,    Overland Park, KS 66207
19683627    +E-mail/PDF: gecsedi@recoverycorp.com Jun 11 2013 02:19:44     Sams Club / GEMB,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20483602*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to GE CAPITAL RETAIL BANK,    PO Box 41067,    Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: pseamann            Page 2 of 3              Date Rcvd: Jun 10, 2013
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: pseamann              Page 3 of 3                  Date Rcvd: Jun 10, 2013
                               Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2013 at the address(es) listed below:
              Allan J DeMars     alland1023@aol.com
              Julie M Gleason    on behalf of Debtor Jeffrey M Denis juliegleasonlaw@gmail.com,
               gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
               bk.com;atty_troy@trustesolutions.com;ggbestcase@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor   Homeward Residential, Inc. timothyy@nevellaw.com
                                                                                            TOTAL: 4